**Order entered December 2, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-21-00605-CR
No. 05-21-00606-CR
No. 05-21-00607-CR

**TYRONE DEWAYNE SOMMERS, SR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause Nos. 071533, 070802 & 070803**

**ORDER**

Before the Court is court reporter Misty Skinner's November 29, 2021 request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record due by December 27, 2021.

/s/     LANA MYERS
          JUSTICE